No. 645. MONFILS, ADMINISTRATRIX, *v.* HAZELWOOD ET AL. February 3, 1941. Petition for writ of certiorari to the Supreme Court of North Carolina, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. J. H. Bridgers* for petitioner. *Mr. Bennett H. Perry* for respondents.

No. 635. WELD ET AL. *v.* CALIFORNIA. February 3, 1941. Petition for writ of certiorari to the Superior Court, County of Alameda, California, and motion for leave to proceed further *in forma pauperis,* denied. *Mr. George Olshausen* for petitioners. *Messrs. Homer W. Buckley* and *Robert H. McCreary* for respondent.

No. 565. LOVVORN *v.* JOHNSTON, WARDEN. February 3, 1941. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *James A. Lovvorn, pro se.*

No. 664. KMECAK *v.* HUNT, WARDEN. February 3, 1941. Petition for writ of certiorari to the Supreme Court of the State of New York, and motion for leave to proceed further *in forma pauperis,* denied. *Steve Kmecak, pro se.*